UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANE LOCKE,

                    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Case No. C20-5854 MLP

ORDER

       This matter comes before the Court of Plaintiff's failure to serve the complaint in a timely manner. Plaintiff initiated this matter on August 24, 2020. (Dkt. # 1.) Summons were electronically issued on August 26, 2020. (Dkt. # 2). All parties consented to proceed before the Undersigned. (Dkt. # 3.) To date, Plaintiff has not filed proof of service. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "[I]f there is no good cause [for failure to serve], the court has the discretion to dismiss without prejudice or to extend the time period." *In re Sheehan v. Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001).

ORDER - 1

There is no indication that Plaintiff properly served Defendant, nor shown good cause for not doing so. Accordingly, Plaintiff is hereby ORDERED to show cause why this matter should not be dismissed without prejudice pursuant to Rule 4 for failure to prosecute by no later than July 23, 2021.

Dated this 9th day of July, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2